Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.: 18−30363−VFP
                                  Chapter: 13
                                  Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn D Blavis
   aka Dawn Lainfiesta, aka Dawn Goldberg
   162 Sparta Avenue
   Newton, NJ 07860

Social Security No.:
   xxx−xx−6326

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:             12/6/18
Time:            10:00 AM
Location:       Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 15, 2018
JAN: ntp

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30363-VFP
Dawn D Blavis                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1          Date Rcvd: Oct 15, 2018
                            Form ID: 132           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db          +Dawn D Blavis,   162 Sparta Avenue,   Newton, NJ 07860-2615
517810021   +FedLoan Servicing,   Attn: Bankruptcy,   Po Box 69184,   Harrisburg, PA 17106-9184
517810022   +FedLoan Servicing,   Po Box 60610,   Harrisburg, PA 17106-0610
517810024   +KML Law Group, PC,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
517810027   +Morris , Downing & Sherred, LLP,   One Main Street,   PO Box 67,   Newton, NJ 07860-0067
517810029   +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
517810028   +Santander Consumer USA,   Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
517810032    Veres & Riordan, LLC,   305 Palmer Road,   Suite C,   Denville, NJ 07834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 15 2018 23:50:25     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 15 2018 23:50:21     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517810020    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 15 2018 23:56:30     Capital One,
             15000 Capital One Dr,   Richmond, VA 23238
517810019   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 15 2018 23:57:41     Capital One,
             Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517810023    E-mail/Text: cio.bncmail@irs.gov Oct 15 2018 23:49:52     Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
517810025   +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 15 2018 23:49:48     Kohls/Capital One,
             Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
517810026   +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 15 2018 23:49:48     Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
517810031   +E-mail/Text: jennifer.chacon@spservicing.com Oct 15 2018 23:51:25
             Select Portfolio Servicing, Inc,   Po Box 65250,   Salt Lake City, UT 84165-0250
517810030   +E-mail/Text: jennifer.chacon@spservicing.com Oct 15 2018 23:51:25
             Select Portfolio Servicing, Inc,   Attn: Bankruptcy,   Po Box 65250,
             Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              Bruce H Levitt    on behalf of Debtor Dawn D Blavis blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3