Certificate Number: 14912-NJ-DE-031854337

Bankruptcy Case Number: 18-30363



14912-NJ-DE-031854337

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 3, 2018</u>, at <u>5:10</u> o'clock <u>PM EDT</u>, <u>Dawn Blavis</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>November 3, 2018</u>          By:   <u>/s/Jai Bhatt</u>

Name:   <u>Jai Bhatt</u>

Title:   <u>Counselor</u>