BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-30363

Re:   DAWN D BLAVIS
      162 SPARTA AVENUE
      NEWTON, NJ 07860

Atty:  BRUCE H LEVITT
       LEVITT & SLAFKES, P.C.
       515 VALLEY STREET, SUITE 140
       MAPLEWOOD, NJ  07040

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $112,200.00**

### RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $1,870.00 | 5365644000 | 12/04/2018 | $1,870.00 | 5446406000 |

**Total Receipts: $3,740.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $3,740.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 319.77 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,560.00 | 100.00% | 2,560.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 1,315.92 | * | 0.00 | |
| 0003 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 659.10 | 100.00% | 659.10 | |
| 0007 | CAPITAL ONE NA | UNSECURED | 292.81 | * | 0.00 | |
| 0009 | MORRIS, DOWNING & SHERRED, LLP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 16,239.54 | 100.00% | 50.36 | |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 82,980.89 | 100.00% | 0.00 | |
| 0015 | VERES & RIORDAN, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | UNITED STATES TREASURY/IRS | UNSECURED | 132.35 | * | 0.00 | |
| 0017 | SANTANDER CONSUMER USA INC. | UNSECURED | 10,054.43 | * | 0.00 | |

**Total Paid: $3,589.23**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $3,740.00  -  Paid to Claims: $709.46  -  Admin Costs Paid: $2,879.77  =  Funds on Hand: $2,020.77

**Chapter 13 Case # 18-30363**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.