BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

Re:  DAWN D BLAVIS
162 SPARTA AVENUE
NEWTON,  NJ  07860

Atty:  BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 18-30363

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $112,200.00**

## RECEIPTS AS OF 01/15/2021  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $1,870.00 | 5365644000 | 12/04/2018 | $1,870.00 | 5446406000 |
| 01/14/2019 | $1,870.00 | 5540294000 | 02/12/2019 | $1,870.00 | 5618599000 |
| 03/11/2019 | $1,870.00 | 5692469000 | 04/22/2019 | $1,870.00 | 5796615000 |
| 05/20/2019 | $1,870.00 | 5868398000 | 06/17/2019 | $1,870.00 | 5943674000 |
| 07/26/2019 | $1,870.00 | 6042408000 | 08/12/2019 | $1,870.00 | 6088279000 |
| 09/23/2019 | $1,870.00 | 6194109000 | 10/21/2019 | $1,870.00 | 6266820000 |
| 11/29/2019 | $1,870.00 | 6358502000 | 12/26/2019 | $1,870.00 | 6428401000 |
| 01/27/2020 | $1,870.00 | 6508273000 | 02/24/2020 | $1,870.00 | 6580315000 |
| 04/20/2020 | $1,870.00 | 6723197000 | 05/01/2020 | $1,870.00 | 6757108000 |
| 05/18/2020 | $1,870.00 | 6796243000 | 07/06/2020 | $1,870.00 | 6920509000 |
| 07/31/2020 | $1,870.00 | 6978139000 | 09/08/2020 | $1,870.00 | 7069598000 |
| 10/02/2020 | $1,870.00 | 7133398000 | 10/30/2020 | $1,870.00 | 7195662000 |
| 11/30/2020 | $1,870.00 | 7265708000 | 12/30/2020 | $1,870.00 | 7339193000 |

**Total Receipts: $48,620.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $48,620.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 01/14/2019 | $50.36 | 818,148 | 03/18/2019 | $577.24 | 822,029 |
| | 04/15/2019 | $288.62 | 824,054 | 06/17/2019 | $288.62 | 828,026 |
| | 07/15/2019 | $293.82 | 829,892 | 08/19/2019 | $293.82 | 831,912 |
| | 09/16/2019 | $587.65 | 833,901 | 11/18/2019 | $301.47 | 838,007 |
| | 12/16/2019 | $290.15 | 839,892 | 01/13/2020 | $290.15 | 841,780 |
| | 02/10/2020 | $290.15 | 843,654 | 03/16/2020 | $290.15 | 845,581 |
| | 04/20/2020 | $290.15 | 847,531 | 06/15/2020 | $550.92 | 851,036 |
| | 07/20/2020 | $273.40 | 852,883 | 08/17/2020 | $281.00 | 854,721 |
| | 09/21/2020 | $281.00 | 856,584 | 10/19/2020 | $281.00 | 858,429 |
| | 11/16/2020 | $281.00 | 860,204 | 12/21/2020 | $281.00 | 862,056 |
| | 01/11/2021 | $281.00 | 863,750 | | | |

Chapter 13 Case # 18-30363

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 08/19/2019 | $9,159.28 | 830,614 | | 09/16/2019 | $3,002.75 | 832,692 |
| | 11/18/2019 | $1,540.48 | 836,774 | | 12/16/2019 | $1,482.61 | 838,716 |
| | 01/13/2020 | $1,482.61 | 840,600 | | 02/10/2020 | $1,482.61 | 842,475 |
| | 03/16/2020 | $1,482.61 | 844,347 | | 04/20/2020 | $1,482.61 | 846,292 |
| | 06/15/2020 | $2,815.08 | 849,953 | | 07/20/2020 | $1,397.03 | 851,699 |
| | 07/20/2020 | $12.56 | 851,699 | | 08/17/2020 | $1,435.85 | 853,587 |
| | 08/17/2020 | $12.91 | 853,587 | | 09/21/2020 | $1,435.84 | 855,354 |
| | 09/21/2020 | $12.91 | 855,354 | | 10/19/2020 | $1,435.84 | 857,272 |
| | 10/19/2020 | $12.91 | 857,272 | | 11/16/2020 | $1,435.84 | 859,075 |
| | 11/16/2020 | $12.91 | 859,075 | | 12/21/2020 | $1,435.84 | 860,836 |
| | 12/21/2020 | $12.91 | 860,836 | | 01/11/2021 | $1,435.84 | 862,747 |
| | 01/11/2021 | $12.91 | 862,747 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 01/14/2019 | $659.10 | 0 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,995.74 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,560.00 | 100.00% | 2,560.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,315.92 | * | 0.00 | |
| 0003 | US DEPARTMENT OF EDUCATION | UNSECURED | 28,709.12 | * | 0.00 | |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 659.10 | 100.00% | 659.10 | |
| 0007 | CAPITAL ONE NA | UNSECURED | 292.81 | * | 0.00 | |
| 0009 | MORRIS , DOWNING & SHERRED, LLP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 16,239.54 | 100.00% | 6,642.67 | |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 82,980.89 | 100.00% | 33,942.72 | |
| 0015 | VERES & RIORDAN, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | UNITED STATES TREASURY/IRS | UNSECURED | 132.35 | * | 0.00 | |
| 0017 | SANTANDER CONSUMER USA INC. | UNSECURED | 10,054.43 | * | 0.00 | |
| 0018 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 531.00 | 100.00% | 90.02 | |

Total Paid: $46,890.25
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $48,620.00    -    Paid to Claims: $41,334.51    -    Admin Costs Paid: $5,555.74    =    Funds on Hand: $1,729.75

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.