BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

Re:  DAWN D BLAVIS                                             Atty:  BRUCE H LEVITT
     162 SPARTA AVENUE                                          LEVITT & SLAFKES, P.C.
     NEWTON, NJ  07860                                          515 VALLEY STREET, SUITE 140
                                                          MAPLEWOOD, NJ  07040

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
### Chapter 13 Case # 18-30363

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $112,200.00**

### RECEIPTS AS OF 01/13/2023                              (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $1,870.00 | 5365644000 | 12/04/2018 | $1,870.00 | 5446406000 |
| 01/14/2019 | $1,870.00 | 5540294000 | 02/12/2019 | $1,870.00 | 5618599000 |
| 03/11/2019 | $1,870.00 | 5692469000 | 04/22/2019 | $1,870.00 | 5796615000 |
| 05/20/2019 | $1,870.00 | 5868398000 | 06/17/2019 | $1,870.00 | 5943674000 |
| 07/26/2019 | $1,870.00 | 6042408000 | 08/12/2019 | $1,870.00 | 6088279000 |
| 09/23/2019 | $1,870.00 | 6194109000 | 10/21/2019 | $1,870.00 | 6266820000 |
| 11/29/2019 | $1,870.00 | 6358502000 | 12/26/2019 | $1,870.00 | 6428401000 |
| 01/27/2020 | $1,870.00 | 6508273000 | 02/24/2020 | $1,870.00 | 6580315000 |
| 04/20/2020 | $1,870.00 | 6723197000 | 05/01/2020 | $1,870.00 | 6757108000 |
| 05/18/2020 | $1,870.00 | 6796243000 | 07/06/2020 | $1,870.00 | 6920509000 |
| 07/31/2020 | $1,870.00 | 6978139000 | 09/08/2020 | $1,870.00 | 7069598000 |
| 10/02/2020 | $1,870.00 | 7133398000 | 10/30/2020 | $1,870.00 | 7195662000 |
| 11/30/2020 | $1,870.00 | 7265708000 | 12/30/2020 | $1,870.00 | 7339193000 |
| 02/05/2021 | $1,870.00 | 7436015000 | 03/05/2021 | $1,870.00 | 7506013000 |
| 04/02/2021 | $1,870.00 | 7573527000 | 05/03/2021 | $1,870.00 | 7641020000 |
| 06/07/2021 | $1,870.00 | 7723923000 | 07/09/2021 | $1,870.00 | 7799878000 |
| 08/09/2021 | $1,870.00 | 7866282000 | 10/01/2021 | $1,870.00 | 7983182000 |
| 10/06/2021 | $1,870.00 | 7998356000 | 10/18/2021 | $1,870.00 | 8017301000 |
| 11/30/2021 | $1,870.00 | 8112473000 | 12/30/2021 | $1,870.00 | 8176313000 |
| 02/04/2022 | $1,870.00 | 8257530000 | 03/11/2022 | $1,870.00 | 8335132000 |
| 04/26/2022 | $1,870.00 | 8425667000 | 05/02/2022 | $1,870.00 | 8431732000 |
| 05/31/2022 | $1,870.00 | 8492514000 | 06/27/2022 | $1,870.00 | 8549319000 |
| 07/25/2022 | $1,870.00 | 8604007000 | 09/02/2022 | $1,870.00 | 8686291000 |
| 10/03/2022 | $1,870.00 | 8739561000 | 10/31/2022 | $1,870.00 | 8794831000 |
| 11/28/2022 | $1,870.00 | 8843094000 | 12/28/2022 | $1,870.00 | 8903531000 |

**Total Receipts: $93,500.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $93,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA INC. | | | | | | |
| | 01/14/2019 | $50.36 | 818,148 | 03/18/2019 | $577.24 | 822,029 |
| | 04/15/2019 | $288.62 | 824,054 | 06/17/2019 | $288.62 | 828,026 |
| | 07/15/2019 | $293.82 | 829,892 | 08/19/2019 | $293.82 | 831,912 |
| | 09/16/2019 | $587.65 | 833,901 | 11/18/2019 | $301.47 | 838,007 |
| | 12/16/2019 | $290.15 | 839,892 | 01/13/2020 | $290.15 | 841,780 |
| | 02/10/2020 | $290.15 | 843,654 | 03/16/2020 | $290.15 | 845,581 |
| | 04/20/2020 | $290.15 | 847,531 | 06/15/2020 | $550.92 | 851,036 |
| | 07/20/2020 | $273.40 | 852,883 | 08/17/2020 | $281.00 | 854,721 |
| | 09/21/2020 | $281.00 | 856,584 | 10/19/2020 | $281.00 | 858,429 |
| | 11/16/2020 | $281.00 | 860,204 | 12/21/2020 | $281.00 | 862,056 |
| | 01/11/2021 | $281.00 | 863,750 | 02/22/2021 | $281.00 | 865,579 |
| | 03/15/2021 | $281.00 | 867,300 | 04/19/2021 | $281.00 | 869,098 |
| | 05/17/2021 | $281.00 | 870,950 | 06/21/2021 | $285.55 | 872,777 |
| | 07/19/2021 | $285.55 | 874,526 | 08/16/2021 | $285.56 | 876,230 |
| | 09/20/2021 | $285.55 | 878,007 | 11/17/2021 | $577.18 | 881,435 |
| | 12/13/2021 | $288.59 | 883,071 | 01/10/2022 | $288.59 | 884,718 |
| | 02/14/2022 | $288.59 | 886,439 | 03/14/2022 | $288.59 | 888,133 |
| | 04/18/2022 | $293.15 | 889,869 | 06/20/2022 | $586.30 | 893,263 |
| | 07/18/2022 | $293.15 | 894,917 | 08/15/2022 | $293.15 | 896,496 |
| | 09/19/2022 | $293.15 | 898,127 | 10/17/2022 | $293.15 | 899,776 |
| | 11/14/2022 | $287.07 | 901,334 | 12/12/2022 | $287.07 | 902,882 |
| | 01/09/2023 | $287.07 | 904,383 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 08/19/2019 | $9,159.28 | 830,614 | 09/16/2019 | $3,002.75 | 832,692 |
| | 11/18/2019 | $1,540.48 | 836,774 | 12/16/2019 | $1,482.61 | 838,716 |
| | 01/13/2020 | $1,482.61 | 840,600 | 02/10/2020 | $1,482.61 | 842,475 |
| | 03/16/2020 | $1,482.61 | 844,347 | 04/20/2020 | $1,482.61 | 846,292 |
| | 06/15/2020 | $2,815.08 | 849,953 | 07/20/2020 | $1,397.03 | 851,699 |
| | 07/20/2020 | $12.56 | 851,699 | 08/17/2020 | $1,435.85 | 853,587 |
| | 08/17/2020 | $12.91 | 853,587 | 09/21/2020 | $1,435.84 | 855,354 |
| | 09/21/2020 | $12.91 | 855,354 | 10/19/2020 | $1,435.84 | 857,272 |
| | 10/19/2020 | $12.91 | 857,272 | 11/16/2020 | $1,435.84 | 859,075 |
| | 11/16/2020 | $12.91 | 859,075 | 12/21/2020 | $1,435.84 | 860,836 |
| | 12/21/2020 | $12.91 | 860,836 | 01/11/2021 | $1,435.84 | 862,747 |
| | 01/11/2021 | $12.91 | 862,747 | 02/22/2021 | $1,435.84 | 864,265 |
| | 02/22/2021 | $12.91 | 864,265 | 03/15/2021 | $1,435.84 | 866,250 |
| | 03/15/2021 | $12.91 | 866,250 | 04/19/2021 | $1,435.84 | 867,809 |
| | 04/19/2021 | $12.91 | 867,809 | 05/17/2021 | $1,435.84 | 869,770 |
| | 05/17/2021 | $12.91 | 869,770 | 06/21/2021 | $1,459.13 | 871,528 |
| | 06/21/2021 | $13.12 | 871,528 | 07/19/2021 | $1,459.12 | 873,391 |
| | 07/19/2021 | $13.12 | 873,391 | 08/16/2021 | $1,459.13 | 875,079 |
| | 08/16/2021 | $13.12 | 875,079 | 09/20/2021 | $1,459.12 | 876,801 |
| | 09/20/2021 | $13.12 | 876,801 | 11/17/2021 | $2,949.30 | 880,307 |
| | 11/17/2021 | $26.52 | 880,307 | 12/13/2021 | $1,474.66 | 881,964 |
| | 12/13/2021 | $13.26 | 881,964 | 01/10/2022 | $1,474.65 | 883,605 |
| | 01/10/2022 | $13.26 | 883,605 | 02/14/2022 | $1,474.65 | 885,271 |
| | 02/14/2022 | $13.26 | 885,271 | 03/14/2022 | $1,474.65 | 887,010 |
| | 03/14/2022 | $13.26 | 887,010 | 04/18/2022 | $1,497.93 | 888,664 |
| | 04/18/2022 | $13.47 | 888,664 | 06/20/2022 | $2,995.86 | 892,092 |
| | 06/20/2022 | $26.94 | 892,092 | 07/18/2022 | $1,497.93 | 893,856 |
| | 07/18/2022 | $13.47 | 893,856 | 08/15/2022 | $1,497.93 | 895,433 |
| | 08/15/2022 | $13.47 | 895,433 | 09/19/2022 | $1,497.93 | 897,000 |
| | 09/19/2022 | $13.47 | 897,000 | 10/17/2022 | $1,497.93 | 898,704 |
| | 10/17/2022 | $13.47 | 898,704 | 11/14/2022 | $1,466.89 | 900,279 |
| | 11/14/2022 | $13.19 | 900,279 | 12/12/2022 | $1,466.89 | 901,862 |
| | 12/12/2022 | $13.19 | 901,862 | 01/09/2023 | $1,466.88 | 903,356 |
| | 01/09/2023 | $13.19 | 903,356 | | | |

**Chapter 13 Case # 18-30363**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | 01/14/2019 | $659.10 | 0 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,295.84 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,560.00 | 100.00% | 2,560.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,315.92 | * | 0.00 | |
| 0003 | US DEPARTMENT OF EDUCATION | UNSECURED | 28,709.12 | * | 0.00 | |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 659.10 | 100.00% | 659.10 | |
| 0007 | CAPITAL ONE NA | UNSECURED | 292.81 | * | 0.00 | |
| 0009 | MORRIS, DOWNING & SHERRED, LLP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 16,239.54 | 100.00% | 13,553.68 | |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 82,980.89 | 100.00% | 69,256.66 | |
| 0015 | VERES & RIORDAN, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | UNITED STATES TREASURY/IRS | UNSECURED | 132.35 | * | 0.00 | |
| 0017 | SANTANDER CONSUMER USA INC. | UNSECURED | 10,054.43 | * | 0.00 | |
| 0018 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 531.00 | 100.00% | 407.56 | |

**Total Paid: $91,732.84**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $93,500.00    -    Paid to Claims: $83,877.00    -    Admin Costs Paid: $7,855.84    =    Funds on Hand: $1,767.16

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.