| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>　Dawn D. Blavis,<br><br>　　　　Debtor | Case No.: _____18-30363_____<br>Chapter: _____13_____<br>Judge: _____VFP_____ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Dawn D. Blavis_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

    ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _11/10/2023_　　　　　_/s/ signature_
　　　　　　　　　　　　　　　Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

rev.6/16/17