**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

**DAWN D BLAVIS,**                                          Case No.:  18-30363 VFP

                                              **Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $1,946.47, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:      US DEPARTMENT OF EDUCATION
                           PO BOX 4830
                           PORTLAND, OR  97208

Amount:                    $1,946.47

Trustee Claim Number:      3

Court Claim Number:        6

Reason:                     Checks have been returned as undeliverable

                                     By:   /S/  Marie-Ann Greenberg
Dated:  December 12, 2023                  MARIE-ANN GREENBERG
                                          CHAPTER 13 STANDING TRUSTEE